PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Albert Gilbert                                   Cr.: 07-00856-002
                                                                    PACTS #: 50312

Name of Sentencing Judicial Officer:   THE HONORABLE DENNIS M. CAVANAUGH
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/04/2010

Original Offense: Count One: 18 U.S.C. § 922G; Unlawful Possession of Firearm by Convicted Felon
Count Three: 21 U.S.C. §846; Conspiracy to Possess with Intent to Distribute Controlled Substance

Original Sentence: 60 months custody, 36 months supervised release

Special Conditions: Alcohol and Drug Testing/Treatment

Type of Supervision: Supervised Release                Date Supervision Commenced: 04/10/2013

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On April 28, 2015, Gilbert was arrested by Clinton Police Department and charged with Simple Assault. Gilbert allegedly physically assaulted his girlfriend by placing his hands around her neck and choking her. He was released on his own recognizance the same day. The charges remain pending in Clinton Township Municipal Court. |

U.S. Probation Officer Action:

Gilbert will complete a home study based anger management skills program that will be monitored by the probation office. The writer recommends withholding Court action until additional information is obtained, and possibly until disposition of the pending charges. . If we find that his non-compliance is ongoing, we will immediately notify Your Honor, and recommend an alternate course of action.

Prob 12A – page 2
Albert Gilbert

Respectfully submitted,

*Elisa Martinez*  Elisa Martinez
2015.05.26 12:29:03 -04'00'

By: Elisa Martinez
Senior U.S. Probation Officer
Date: 05/21/2015

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

6/1/15
_____
Date