PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Albert Gilbert

Cr.: 07-00856-002
PACTS #: 50312

Name of Sentencing Judicial Officer:  HONORABLE DENNIS M. CAVANAUGH
UNITED STATES DISTRICT JUDGE

Name of Assigned  Judicial Officer:  HONORABLE CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE
(ASSIGNED TO YOUR HONOR 06/01/2015)

Date of Original Sentence: 10/04/2010

Original Offense: <u>Count One</u>: 18 U.S.C. § 922(g)(1); Unlawful Possession of Firearm by Convicted Felon
<u>Count Three</u>: 21 U.S.C. §846; Conspiracy to Possess with Intent to Distribute Controlled Substance

Original Sentence: Imprisonment - 60 months; Supervised Release – 3 years; Special Assessment - $200

Special Conditions: Alcohol/Drug Testing and Treatment

Type of Supervision: Supervised Release          Date Supervision Commenced: 04/10/2013

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'**<br><br>On April 28, 2015, Gilbert was arrested by Clinton Police Department and charged with Simple Assault.  Gilbert allegedly physically assaulted his girlfriend by placing his hands around her neck and choked her.  He was released on his own recognizance the same day. On June 29, 2015, a warrant was issued for failure to appear to court. The warrant was recalled on April 4, 2016, and next scheduled court date is April 13, 2016. |
| 2 | The offender has violated the supervision condition which states **'As a Condition of supervision, you are instructed to pay special assessment in the amount of $200.'**<br><br>During the term of supervision, the offender has submitted three payments toward the special assessment in the amounts of $25, $20, and $20, for a total of $65. As of this writing, the balance of the special assessment is $135. |

Prob 12A – page 2
Albert Gilbert

U.S. Probation Officer Action:

This offender's term of supervised release is due to expire on April 9, 2016. The Probation Office recommends the supervision term be allowed to expire with outstanding special assessment balance and the municipal charge pending. We anticipate the matter will be resolved and possibly dismissed on April 13, 2016.

Respectfully submitted,

By: Elisa Martinez
    Senior U.S. Probation Officer
Date:  04/06/2016

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ Allow Supervision to Expire as Scheduled on April 9, 2016

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

April 20, 2016
_____
Date